COUNTY OF NASSAU, Respondent, *v.* JOSEPH P. DAY et al., as Trustees, Appellants, et al., Defendants.

Argued October 19, 1943; decided December 2, 1943.

*Fred L. Gross* for appellants.

*Eugene R. Hurley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY DESMOND and THACHER, JJ.